September 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SUBURBAN FARMS, INC. AND PARK ON WESTVIEW APARTMENTS, LP,
Appellants

NO. 14-13-00688-CV            V.

CHAMPION ENERGY SERVICES, LLC, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 23, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Suburban Farms, Inc. and Park on Westview Apartments, LP., jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.